UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; KATHLEEN SEBELIUS, in her official capacity as Secretary, U.S. Department of Health & Human Services; YVETTE ROUBIDEAUX, in her official capacity as Director, Indian Health Services,<br><br>    Defendants. | No.  2:13-cv-568-KJM-EFB<br><br><u>ORDER RE SETTLEMENT & DISPOSITION</u> |

Pursuant to the representations of counsel for the parties, the above-captioned case has settled after a settlement conference conducted in chambers on May 29, 2014.

The court now orders that dispositional documents are to be filed not later than August 8, 2014.

All hearing dates set in this matter are VACATED and all pending motions are denied as moot.

/////

/////

/////

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4  IT IS SO ORDERED.
5  DATED: June 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE