BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, SYLVIA M. BURWELL, in her official capacity as Secretary, U.S. Department of Health & Human Services, YVETTE ROUBIDEAUX, in her official capacity as Director, Indian Health Service, <br><br> Defendants. | CASE NO.  2:13-cv-00568-KJM-EFB <br><br> **STIPULATION TO A FOUR-WEEK EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; AND** ~~**PROPOSED**~~ **ORDER** |

  Plaintiff Consolidated Tribal Health Project, Inc., and Defendants United States of America, Sylvia M. Burwell, Secretary of the United States Department of Health and Human Services, and Yvette Roubideaux, Acting Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to the following:

  (1) The parties settled the above-captioned case at the conclusion of a settlement conference on May 29, 2014, which was conducted with the assistance of the Honorable Edmund F. Brennan.

  (2) On June 10, 2014, the Court issued an Order directing the parties to file dispositional documents by August 8, 2014.

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO.  2:13-cv-00568-KJM-EFB

1

(3) On July 2, 2014, the parties filed a Stipulation of Settlement, pursuant to which the parties agreed that the settlement amount would be paid out of the Judgment Fund as soon as practicable, consistent with the normal processing procedures of the Department of Justice and the Department of Treasury.

(4) The Department of Justice and the Department of Treasury are following their normal processing procedures, but payment of the settlement amount has not yet been made.

(5) Accordingly, the parties respectfully ask the Court to extend the deadline for the filing of dispositional documents from August 8, 2014, to September 5, 2014.

Dated:  August 5, 2014		Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						*/s/  Edward A. Olsen*
						EDWARD A. OLSEN
						Assistant United States Attorney
						Attorneys for Defendants


Dated:  August 5, 2014		HOBBS, STRAUS, DEAN & WALKER, LLP

						*/s/ Adam Bailey*
						ADAM P. BAILEY
						GEOFFREY D. STROMMER
						STEPHEN D. OSBORNE
						Attorneys for Plaintiff


### [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated:  August 6, 2014.

						EDMUND F. BRENNAN
						UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO.  2:13-cv-00568-KJM-EFB

2